**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Juliana Griffo<br><br>PLAINTIFF(S)<br>v.<br>Oculus VR Inc et al<br><br>DEFENDANT(S). | CASE NUMBER<br>2:15-cv-05822<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

☐ Due to clerical error, this case was improperly assigned to the ☐ Western ☐ Southern ☐ Eastern Division of this District. Pursuant to General Order 14-03 this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division for all further proceedings.

☒ Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the ☐ Western ☒ Southern ☐ Eastern Division.

This case has been reassigned to case number 8:15-cv-01228 and has been ☒ assigned ☐ reassigned to Judge Douglas F. McCormick for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby ☐ assigned ☐ reassigned to Magistrate Judge ____________________ for:

☐ any discovery and/or post-judgment matters that may be referred.

☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge initials so that the new case number will read: 8:15-cv-01228 DFM . This is very important because any documents presented to the Clerk for filing in paper format are routed by the initials.

Clerk, U.S. District Court

By: Robert R. Nadres
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Intake Coordinator; Statistics Clerk*